IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| IN RE: § | | **EOD** |
| § | | 12/07/2016 |
| **GIRIRAJAN MOHAN** § | | |
| xxx-xx-1019 § | Case No. 12-10415 | |
| **and RAGINI PRAJAPATI** § | | |
| xxx-xx-1996 § | | |
| 6305 Steeple Chasse Dr., Orange, TX 77632 § | | |
| § | | |
| Debtors § | Chapter 11 | |

## SUA SPONTE ORDER VACATING
## PROVISIONAL CLOSING OF CHAPTER 11 CASE
## FOR INDIVIDUAL DEBTORS

On October 16, 2013, the Court entered that certain *Order Granting Provisional Closing of Chapter 11 Case for an Individual Debtor* which provisionally closed this Chapter 11 case subject to the performance of these individual debtors, Girirajan Mohan and Ragini Prajapati, under their confirmed Chapter 11 plan, which was confirmed as a joint plan of reorganization with Venus Hospitality, LLC, ("Venus") under case no. 12-10414. Circumstances have now arisen and additional assets have been procured by Venus which will require a post-confirmation modification of the confirmed joint plan. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the *Order Granting Provisional Closing of Chapter 11 Case for an Individual Debtor* entered in this cause on October 16, 2013 **[dkt #40]** is hereby **VACATED**; this Chapter 11 case is hereby **REOPENED;** and any requirement of an additional filing fee is waived.

**IT IS FURTHER ORDERED** that the reopened case shall proceed under that certain *Order Granting Joint Administration of Bankruptcy Estates* entered in this cause on August 22, 2012 **[dkt #18]**.

Signed on 12/07/2016

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE