# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

IN RE:
Girirajan Mohan
6305 Steeple Chasse Drive
Orange, TX 77632
SSN: XXX-XX-1019
Debtor

Case No. 12-10415 bp
Chapter: 11

EOD
07/26/2017

Ragini Prajapati
6305 Steeple Chasse Drive
Orange, TX 77632
SSN: XXX-XX-1996
Joint Debtor

## SUA SPONTE ORDER RE-ISSUING PROVISIONAL CLOSING OF CHAPTER 11 CASE FOR AN INDIVIDUAL DEBTOR

The Court had previously issued a sua sponte order which vacated the provisional closing of the above-referenced case in which Girirajan Mohan and Ragini Prajapati were the individual Chapter 11 Debtors. However, notwithstanding any "substantial consummation" of the confirmed plan which may have occurred in this case, 11 U.S.C. §1141(d)(5) now requires that all payments under a confirmed Chapter 11 plan be completed as a prerequisite to the entry of an order of discharge for an individual Chapter 11 debtor. In this district, that discharge process is initiated by the filing of a "Notice of Plan Completion by Individual Debtor in a Chapter 11 Case" [TXEB Local Form 4004-b] which thereafter triggers other duties of a Chapter 11 individual debtor to submit required statements under penalty of perjury. Thus, since these actions have not yet occurred in this case and this case has not been "fully administered" under 11 U.S.C. §350 and the entry of a Final Decree is premature and unjustified under the circumstances.

However, such circumstances do establish just cause to grant a provisional closing of this case, subject to the subsequent filing by the Debtors of two documents: a Motion to Reopen[1] and a separate Notice of Plan Completion, both to be filed upon the completion of all payments required to be made under the confirmed Chapter 11 plan. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 11 case is again **PROVISIONALLY CLOSED** subject to its anticipated re-opening upon the completion of all payments required to be made under the confirmed Chapter 11 plan.

Signed on 07/26/2017

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE